UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>WILLIAM BENJAMIN HENRY,<br><br>           Defendant. | No. CR-08-6050-EFS<br><br>**ORDER GRANTING THE GOVERNMENT'S MOTION FOR ORDER DISMISSING INDICTMENT AND RELATED MOTION TO EXPEDITE** |

Before the Court, without oral argument, are the Government's Motion for Order Dismissing Indictment (Ct. Rec. 6) and related Motion to Expedite (Ct. Rec. 8). Leave of Court is given to dismiss the Indictment (Ct. Rec. 1); however, the Court makes no judgment as to the merit or wisdom of this dismissal.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Government's Motion to Expedite **(Ct. Rec. 8)** and Motion for Order Dismissing Indictment **(Ct. Rec. 6)** are **GRANTED**.

2. The Indictment **(Ct. Rec. 1)** shall be **DISMISSED WITHOUT PREJUDICE.**

3. All pending motions are **DENIED AS MOOT.**

///

///

ORDER - 1

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel, the United States Probation Office, and the U.S. Marshal's Office.

DATED this ___30th___ day of July 2008.


                        s/ Edward F. Shea
                        EDWARD F. SHEA
                  United States District Judge


Q:\Criminal\2008\6050.dismiss.48.frm

ORDER - 2